UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

-------------------------------------------------------x

MARLON JACKSON,                    :
an individual,                     :        CASE NO.: 3:25-cv-0756-SDD-SDJ
                                   :
            Plaintiff,             :        Judge:  Shelly D. Dick
vs.                                :
                                   :        Magistrate: Scott D. Johnson
CARO'S, LLC,                       :
                                   :
            Defendant.             :
-------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff files this Notice of Voluntary Dismissal

With Prejudice and hereby dismisses the above-captioned case, with prejudice, against the

Defendant.  The opposing parties have not filed an answer or a motion for summary judgment.

Dated this the 16th day of October, 2025.


                              Respectfully Submitted,


                              /s/ Andrew D. Bizer
                              BIZER & DEREUS, LLC
                              Attorneys for Plaintiff
                              Andrew D. Bizer (LA # 30396)
                              andrew@bizerlaw.com
                              Garret S. DeReus  (LA# 35105)
                              gdereus@bizerlaw.com
                              Eva M. Kalikoff (LA # 39932)
                              eva@bizerlaw.com
                              3319 St. Claude Ave.
                              New Orleans, LA 70117
                              T: 504-619-9999; F: 504-948-9996

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on or about October 16th, 2025, the foregoing pleading has been or will be sent to all parties via email.

By:<u>/s/ Andrew D. Bizer</u>
**ANDREW D. BIZER**