UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARLON JACKSON                                    CIVIL ACTION

VERSUS                                            NO. 25-756-SDD-SDJ

CARO'S, LLC

<u>ORDER</u>

The Plaintiff having filed a *Notice of Dismissal without Prejudice*;[1]

**IT IS ORDERED** that that the above-captioned case, is voluntarily dismissed, without prejudice, against the Defendant.  The opposing parties have not filed an answer or a motion for summary judgment.

Signed in Baton Rouge, Louisiana, on <u>October 27, 2025</u>.


_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 6.